# EXHIBIT A

# EXHIBIT A

# Activity Log
# 520-2022-01168

| Date | Event | Name |
|---|---|---|
| 5/15/2023 11:26 | Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | EBONY LARGO |
| 5/15/2023 11:25 | Downloaded Document. Type: Internal Correspondence-Enforcement & FileName:EEOC Form 291 Cronin.docx | EBONY LARGO |
| 5/15/2023 11:24 | Downloaded Document. Type: Notice of Charge & FileName:520-2022-01168_NoticeOfChargeOfDiscrimination.pdf | EBONY LARGO |
| 5/15/2023 11:24 | Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | EBONY LARGO |
| 5/15/2023 11:22 | Viewed Online Inquiry Report Information | EBONY LARGO |
| 5/11/2023 18:54 | FOIA Request 520-2023-008359 received. | Foia User |
| 3/1/2023 19:27 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | Publicportal User |
| 2/27/2023 11:13 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | Publicportal User |
| 2/27/2023 10:59 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | Publicportal User |
| 2/27/2023 10:58 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | Publicportal User |
| 2/27/2023 8:19 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | Publicportal User |
| 2/23/2023 13:13 | Case status changed from Investigation to Charge Closed. | VANESSA GUEST |
| 2/23/2023 13:13 | Case moved to CLOSED stage. | VANESSA GUEST |
| 2/23/2023 13:13 | Charge has been closed with reason NRTS Request <180 days. | VANESSA GUEST |
| 2/23/2023 13:13 | Closure Supervisor review approved. | VANESSA GUEST |
| 2/23/2023 9:33 | Assigned to VANESSA GUEST for Supervisor Closure review | ANDREA REDDY |
| 2/23/2023 9:33 | Supporting Details for recommended charge closure added: CP requested NRTS during intake. | ANDREA REDDY |

| Date/Time | Activity | User |
|---|---|---|
| 2/23/2023 9:33 | Charge recommended for NRTS Request <180 days closure. | ANDREA REDDY |
| | **(b) (5)** | |
| 2/23/2023 9:32 | Title VII Religion-Other Christian Discharge closed with NRTS Request <180 days | ANDREA REDDY |
| 2/23/2023 9:32 | Emailed Karen Cronin at cronink5@gmail.com that a new document is available to download. | Arcapp User |
| 2/23/2023 9:32 | Closure Notice/NRTS (2023-02-23 Closure and NRTS Cronin.pdf) released | ANDREA REDDY |
| 2/23/2023 9:32 | Uploaded Document. Type: Closure Notice/NRTS & FileName:2023-02-23 Closure and NRTS Cronin.pdf | ANDREA REDDY |
| 2/23/2023 9:30 | Generated Document. Type: Closure Notice/NRTS & FileName:520-2022-01168_Closure Notice/NRTS.docx | ANDREA REDDY |
| 2/23/2023 9:28 | Closure note added. Type:Closure and Non-Disclosable:No. | ANDREA REDDY |
| 2/23/2023 9:28 | Uploaded Document. Type: Internal Correspondence-Enforcement & FileName:EEOC Form 291 Cronin.docx | ANDREA REDDY |
| 2/2/2023 18:52 | PCHP Supervisor review approved. | VANESSA GUEST |
| 1/31/2023 16:09 | Assigned to VANESSA GUEST for Supervisor PCHP review with comments: CP spoke with Investigator Ahmed in drafting the charge. CP filed the charge to pursue claim in court. NRTS requested in charge. | ANDREA REDDY |
| | **(b) (5)** | |

| | | |
|---|---|---|
| This case belonged to Investigator Ahmed. CP filed to pursue the case in federal court & requesting NRTS. | ANDREA REDDY | |
| **(b) (5)** | | |
| 1/31/2023 16:05 | Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | ANDREA REDDY |
| 1/31/2023 16:03 | Respondent numberOfEmployees changed to 501+ Employees | ANDREA REDDY |
| 1/31/2023 16:03 | Respondent institutionType added as Private Employer | ANDREA REDDY |
| 1/11/2023 15:12 | Charge assignee ANDREA REDDY (INVESTIGATOR) viewed charge details. | ANDREA REDDY |
| 1/2/2023 20:18 | ANDREA REDDY designated as the primary assignee | GWENDOLYN HOY |
| 1/2/2023 20:18 | Ashraf Ahmed removed as the primary assignee | GWENDOLYN HOY |
| 12/5/2022 10:27 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/30/2022 15:19 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/30/2022 11:34 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/27/2022 19:47 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/27/2022 19:35 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/27/2022 18:21 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |

| Date/Time | Activity | User |
|---|---|---|
| 10/27/2022 18:13 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/27/2022 9:42 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/19/2022 22:11 | Uploaded Document. Type: Notice of Charge & FileName:520-2022-01168_NoticeOfChargeOfDiscrimination.pdf | Arcapp User |
| 10/19/2022 22:11 | Generated Document. Type: Notice of Charge & FileName:520-2022-01168_NoticeOfChargeOfDiscrimination.pdf | Arcapp User |
| 10/17/2022 15:36 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/12/2022 19:38 | The Charging Party has Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Publicportal User |
| 10/11/2022 12:20 | Viewed Online Inquiry Report Information | ASHRAF AHMED |
| 10/11/2022 12:19 | Case status changed from Charge filed to Investigation. | ASHRAF AHMED |
| 10/11/2022 11:59 | Downloaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | ASHRAF AHMED |
| 10/10/2022 15:29 | Deleted Document. Type: Charge of Discrimination-Draft & FileName:520-2022-01168_ChargeOfDiscrimination-Draft.pdf & Reason:NA | Arcapp User |
| 10/10/2022 15:29 | Uploaded Document. Type: Charge of Discrimination & FileName:520-2022-01168_ChargeOfDiscrimination.pdf | Arcapp User |
| 10/10/2022 15:29 | Emailed Karen Cronin at cronink5@gmail.com that charge has been Filed | Arcapp User |
| 10/10/2022 15:29 | Dual filing notification sent to New York State Division Of Human Rights | Arcapp User |
| 10/10/2022 15:29 | Case status changed from Charge Prepared to Charge filed. | Arcapp User |
| 10/10/2022 15:29 | A charge is formalized | Arcapp User |
| 10/10/2022 15:29 | Added Charge Particulars - Formalized | Arcapp User |
| 10/10/2022 15:28 | Charging Party signed Charge of Discrimination. | cronink5@gmail.com |
| 10/10/2022 15:27 | Viewed Online Inquiry Report Information | cronink5@gmail.com |
| 10/10/2022 15:25 | Viewed Online Inquiry Report Information | cronink5@gmail.com |

# Activity Log
# 520-2022-01168

| Date/Time | Activity | User |
|---|---|---|
| 10/10/2022 15:25 | Viewed Online Inquiry Report Information | cronink5@gmail.com |
| 10/10/2022 15:21 | The Charging Party has Downloaded Document. Type: Charge of Discrimination- Draft & FileName:520-2022-01168_ChargeOfDiscrimination-Draft.pdf | Publicportal User |
| 10/6/2022 11:05 | Uploaded Document. Type: Charge of Discrimination- Draft & FileName:520-2022-01168_ChargeOfDiscrimination-Draft.pdf | ASHRAF AHMED |
| 10/6/2022 11:05 | Generated Document. Type: Charge of Discrimination- Draft & FileName:520-2022-01168_ChargeOfDiscrimination-Draft.pdf | ASHRAF AHMED |
| 10/6/2022 11:05 | Case status changed from Inquiry Submitted to Charge Prepared. | ASHRAF AHMED |
| 10/6/2022 11:05 | Prepared Charge of Discrimination for review & signature | ASHRAF AHMED |
| 10/6/2022 11:05 | Case status changed from Inquiry Submitted to Charge Prepared. | ASHRAF AHMED |
| 10/6/2022 11:05 | Sent to Charging Party For Review | ASHRAF AHMED |
| 10/6/2022 11:04 | Identified Receiving Office Intent as Investigate Charge | ASHRAF AHMED |
| 10/6/2022 11:04 | Added Charge Particulars - Draft | ASHRAF AHMED |
| 10/6/2022 10:52 | Viewed Online Inquiry Report Information | ASHRAF AHMED |
| 10/6/2022 10:51 | Allegation Title VII Religion-Other Christian Discharge added to case | ASHRAF AHMED |
| 10/6/2022 10:49 | Viewed Online Inquiry Report Information | cronink5@gmail.com |
| 10/6/2022 10:48 | Charge assignee Ashraf Ahmed (Investigator) viewed charge details. | ASHRAF AHMED |
| 5/29/2022 23:36 | Online inquiry set as urgent. | Arcapp User |
| 4/27/2022 15:50 | Contact with Charging Party record added | ASHRAF AHMED |
| 4/27/2022 15:26 | Viewed Online Inquiry Report Information | ASHRAF AHMED |
| 4/27/2022 14:50 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | alex.alvarado@eeoc.gov |
| 4/27/2022 8:17 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | hernan.morales@eeoc.gov |
| 4/27/2022 8:16 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | hernan.morales@eeoc.gov |
| 4/27/2022 8:15 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | hernan.morales@eeoc.gov |
| 4/27/2022 8:14 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | hernan.morales@eeoc.gov |
| 4/26/2022 6:25 | A 1-day reminder notice is emailed to the PCP.. | noreply@eeoc.gov |
| 4/23/2022 8:07 | Interview has been scheduled for 04/27/2022 15:00:00 EST at New York District Office. | cronink5@gmail.com |
| 4/23/2022 5:59 | Online Inquiry appointment auto cancelled | noreply@eeoc.gov |
| 4/23/2022 5:59 | Interview has been cancelled for 04/27/2022 09:00:00 EST at New York District Office. | Publicportal User |

# Activity Log
## 520-2022-01168

| | | |
|---|---|---|
| 4/21/2022 13:17 | Ashraf Ahmed designated as the primary assignee | HERNAN MORALES |
| 4/21/2022 13:17 | Interview has been scheduled for 04/27/2022 09:00:00 EST at New York District Office. | hernan.morales@eeoc.gov |
| 4/20/2022 6:10 | A 5-day confirmation notice is emailed to the PCP. | noreply@eeoc.gov |
| 4/12/2022 14:49 | Viewed Online Inquiry Report Information | cronink5@gmail.com |
| 3/30/2022 6:05 | A 20-day reminder notice is emailed to the PCP. | noreply@eeoc.gov |
| 3/9/2022 14:24 | Viewed Online Inquiry Report Information | ALEX ALVARADO |
| 2/9/2022 16:54 | Case data updated: acknowledgedInd set to false. | cronink5@gmail.com |
| 2/4/2022 15:34 | Interview has been scheduled | alex.alvarado@eeoc.gov |
| 11/6/2021 23:51 | Supplemental Information added/updated for 520-2022-01168 | cronink5@gmail.com-CP |
| 10/27/2021 12:08 | PCP confirms Preservation of Evidence Notice. | cronink5@gmail.com-CP |
| 10/27/2021 12:06 | Online inquiry submitted for New York District Office | cronink5@gmail.com-CP |